**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 26-4497-JFW(MARx)** Date: September 10, 2026

Title: Shaqueta Walker-*v*- Covina Valley Unified School District

---

**PRESENT:**
**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE**

Based on the declaration of Sarah A. Pavlik filed August 28, 2026 [Docket No. 19-1], it appears that Plaintiff failed to meaningfully participate in the Local Rule 7-3 conference. As a result, Plaintiff is ordered to show cause, in writing, by September 15, 2026, why Plaintiff should not be sanctioned in the amount of $750 and why this action should not be dismissed.

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk Jloz